# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| MARC WEIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. 1:15-CV-019-SS |
| | § | |
| LIBERTY INSURANCE | § | |
| CORPORATION, | § | JURY DEMANDED |
| | § | |
| Defendant. | § | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties, by and through their undersigned counsel, hereby stipulate to the dismissal of Plaintiff's claims, with prejudice, and all Parties will bear their own attorney's fees and costs.

Respectfully submitted, May 13, 2016.

> Ross Law Group
> 1104 San Antonio Street
> Austin, Texas 78701
> (512) 4747677 Telephone
> (512) 4745306 Facsimile
>
> */s/ Daniel B. Ross*
> Daniel B. Ross
> State Bar No. 00789810
> dan@rosslawgroup.com
>
> Charles L. Scalise
> State Bar No. 24064621
> Charles@rosslawgroup.com
>
> **ATTORNEYS FOR PLAINTIFF**

                                                Hanna & Plaut, L.P.
                                                211 East Seventh Street
                                                Suite 600
                                                Austin, Texas 78701
                                                (512) 472-7700 Telephone
                                                (512) 472-0205 Facsimile

*/s/ Laura Tubbs*
Catherine L. Hanna
State Bar No. 08918280
channa@hannaplaut.com

Laura D. Tubbs
State Bar No. 24052792
ltubbs@hannaplaut.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing instrument was served on counsel for Defendant in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court on **May 13, 2016** at the address and in the manner set forth below:

Catherine L. Hanna
Laura D. Tubbs
Hanna & Plaut, L.P.
211 East Seventh Street
Suite 600
Austin, Texas 78701

*/s/ Daniel B. Ross*
Daniel B. Ross