UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 MAY 17 PM 1:53

| | | |
|---|---|---|
| MARC WEIN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL NO. 1:15-CV-019-SS |
| LIBERTY INSURANCE CORPORATION, | § § § | JURY DEMANDED |
| Defendant. | § § | |

### ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE

On this day, came on to be heard the Stipulation for Dismissal with Prejudice filed by the Parties.

IT IS ORDERED, that the claims of MARC WEIN, are hereby dismissed, **with prejudice**. The Clerk is hereby ordered to close this file.

Signed this 17th day of May, 2016.

_____
HONORABLE JUDGE SAM SPARKS
United States District Judge